**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

| | |
|---|---|
| THE ESTATE OF JAMES CROWDER<br>BY AND THROUGH CATHERINE WARD,<br>INDIVIDUALLY, AND AS PERSONAL<br>REPRESENTATIVE OF THE ESTATE OF<br>JAMES CROWDER, AND ON BEHALF OF AND<br>FOR THE USE AND BENEFIT OF THE<br>WRONGFUL DEATH BENEFICIARIES<br>OF JAMES CROWDER | **PLAINTIFF** |
| v. | **Case No: 4:12-CV-00054-SA-JMV** |
| CRYSTAL HEALTH & REHAB OF GREENWOOD,<br>LLC d/b/a CRYSTAL HEALTH & REHAB OF<br>GREENWOOD, COVENANT DOVE, LLC,<br>COVENANT DOVEHOLDING COMPANY, LLC,<br>ARK MISSISSIPPI HOLDING COMPANY, LLC, JUDY<br>ULLERY, JOSHUA BATCHELOR, UNIDENTIFIED<br>ENTITIES 1-10, AND JOHN DOES 1-10 (AS TO THE<br>CRYSTAL HEALTH & REHAB FACILITY) | **DEFENDANTS** |

_____

**ORDER**

Before the court is Plaintiff's Motion For Leave To File First Amended Complaint [27]. This matter has been set for a hearing before the undersigned on December 3, 2012, at 1:30 p.m. Counsel for the parties are hereby instructed to thoroughly familiarize themselves with the discovery file and be prepared to produce at the hearing copies of James Crowder's medical records from the nursing home and a copy of the Notice of Intent referenced by the parties in their briefs on the motion.

**SO ORDERED THIS** 28th day of November, 2012.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE