IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

THE ESTATE OF JAMES CROWDER
BY AND THROUGH CATHERINE WARD,
INDIVIDUALLY, AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
JAMES CROWDER, AND ON BEHALF OF AND
FOR THE USE AND BENEFIT OF THE
WRONGFUL DEATH BENEFICIARIES
OF JAMES CROWDER                                                        PLAINTIFF

v.                                                        Case No: 4:12-CV-00054-SA-JMV

CRYSTAL HEALTH & REHAB OF GREENWOOD,
LLC d/b/a CRYSTAL HEALTH & REHAB OF
GREENWOOD, COVENANT DOVE, LLC,
COVENANT DOVEHOLDING COMPANY, LLC,
ARK MISSISSIPPI HOLDING COMPANY, LLC, JUDY
ULLERY, JOSHUA BATCHELOR, UNIDENTIFIED
ENTITIES 1-10, AND JOHN DOES 1-10 (AS TO THE
CRYSTAL HEALTH & REHAB FACILITY)                           DEFENDANTS
_____

**ORDER**

Before the court is Plaintiff's Motion For Leave To File First Amended Complaint [27]. This matter has been set for a hearing before the undersigned on December 3, 2012, at 1:30 p.m. Counsel for the parties are hereby instructed to thoroughly familiarize themselves with the discovery file and be prepared to produce at the hearing copies of James Crowder's medical records from the nursing home and a copy of the Notice of Intent referenced by the parties in their briefs on the motion.

**SO ORDERED THIS** 28th day of November, 2012.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE