IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

THE ESTATE OF JAMES CROWDER
BY AND THROUGH CATHERINE WARD,
INDIVIDUALLY, AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
JAMES CROWDER, AND ON BEHALF OF AND
FOR THE USE AND BENEFIT OF THE
WRONGFUL DEATH BENEFICIARIES
OF JAMES CROWDER

    **Plaintiff**,

v.                                        Case No: 4:12-CV-00054-SA-JMV

CRYSTAL HEALTH & REHAB OF GREENWOOD,
LLC d/b/a CRYSTAL HEALTH & REHAB OF
GREENWOOD, COVENANT DOVE, LLC, COVENANT DOVE
HOLDING COMPANY, LLC, ARK MISSISSIPPI
HOLDING COMPANY, LLC, JUDY ULLERY, JOSHUA BATCHELOR,
UNIDENTIFIED ENTITIES 1-10, AND JOHN DOES 1-10 (AS TO THE
CRYSTAL HEALTH & REHAB FACILITY)

    **Defendants**.

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the court pursuant to L. U. Civ. R. 16(b)(1)(B). The rule provides that

> [a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motion[]. . . .

The plaintiff filed a motion to remand [71] on February 27, 2013. Accordingly, it is

**ORDERED:**

That the above noted proceedings– any that remain–are hereby **STAYED** pending a decision on the motion to remand. The parties shall notify the undersigned magistrate judge within seven (7) days of the court's ruling in the event the motion to remand is denied.

**THIS**, the 28th day of February, 2013.

/s/ **Jane M. Virden**
**U. S. MAGISTRATE JUDGE**